IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARLA R. SMITH, )<br>by and through her next friend, )<br>Jasmine Rachelle Smith, *et al.*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAY IVEY, )<br>Governor of the State of Alabama, )<br>in her official capacity, *et al.*, )<br>)<br>Defendants. ) | CIVIL CASE NO.: 2:20-cv-237-ECM<br>(WO) |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered in this case on this day, it is the

ORDER, JUDGMENT and DECREE of the Court that Final Judgment is entered, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to FED.R.CIV.P. 58.

DONE this 19th day of November, 2020.

                                                /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE